UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC CHRISTOPHER CARMICHAEL,

Plaintiff,

v. CASE NO. 6:26-cv-01010-CEM-NWH

THE BANK OF NEW YORK MELLON CORPORATION, AS SUCCESSOR TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-3; NOVASTAR MORTGAGE, INC,; NOVASTAR MORTGAGE FUNDING CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS ORIGINAL TRUSTEE AND SUCCESSOR SERVICER; U.S. BANK NATIONAL ASSOCIATION, AS CUSTODIAN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); AND JOHN DOES 1-10,

Defendants.
_______________________________________/

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, THE BANK OF NEW YORK MELLON CORPORATION, AS SUCCESSOR TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-3 (**BoNYM**) and U.S. BANK NATIONAL ASSOCIATION, AS CUSTODIAN (**U.S. Bank**) move for a fourteen (14) day extension of time to file a response to Plaintiff's complaint.

Plaintiff commenced this action on May 8, 2026. BoNYM and U.S. Bank were served on July 20, 2026. BoNYM and U.S. Bank recently retained the undersigned counsel to defend this action and require additional time to review the complaint allegations and generally acquaint itself with the case.

The extension of time sought is not intended for purposes of delay, and if granted, will not prejudice any party. This motion is being made in good faith.

WHEREFORE, BoNYM and U.S. Bank respectfully request this Court enter an order: (i) granting BoNYM's and U.S. Bank's request for a fourteen day extension of time to file their responses to Plaintiff's complaint; and (ii) awarding BoNYM and U.S. Bank any other relief the Court deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned counsel for BoNYM and U.S. Bank hereby certifies he has attempted to contact pro se plaintiff, Eric Christopher Carmichael, via telephone on August 18, 2026, and left a voicemail. Under M.D. Fla. L. R. 3.01(g)(3), counsel for BoNYM and U.S. Bank will attempt diligently for three days to contact plaintiff, and will promptly supplement this motion thereafter.

Respectfully submitted,

ATLAS | SOLOMON LLP
***Counsel for the Bank of New York Mellon Corporation, as Successor Trustee for Novastar Mortgage Funding Trust, Series 2006-3 and U.S. Bank National Association, as Custodian***

By: /s/ Justin E. Hekkanen
Justin E. Hekkanen, Esq.
Florida Bar No. 33712

819 SW Federal Highway, Suite 306
Stuart, FL 34994
Telephone: (772) 247-0157
Facsimile: (772) 419-8067
servicemailbox@atlas-solomon.com
jhekkanen@atlas-solomon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the CM/ECF electronic filing system which will provide notice to all counsel of record on this 18th day of August, 2026.

ATLAS | SOLOMON, LLP
***Counsel for the Bank of New York Mellon Corporation, as Successor Trustee for Novastar Mortgage Funding Trust, Series 2006-3 and U.S. Bank National Association, as Custodian***

By: /s/ Justin E. Hekkanen
Justin E. Hekkanen, Esq.
Florida Bar No. 33712